B6B (Official Form 6B) (12/07)

.

In re **Nicholas Andrew Psaltos,**
**Leigh Ellen Calmar Psaltos**
_____,
Debtors

Case No. **12-12372**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash**<br>**Location: 901 Devonshire Circle, Purcellville VA 20132** | J | 100.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account #xxxxxx4788**<br>**Citbank, F.S.B.** | J | 5,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Stove ($300), refrigerator ($300), washer/dryer ($500), miocrowave ($50), cooking utensils ($100), silverware/flatware ($200), pots & pans ($50), living room furniture ($500), dining room furniture ($500), tables & chairs ($100), televisions ($600), DVDs ($25), CDs ($100), stereo equipment ($50), bedroom furniture ($350), dressors/nightstands ($100) lamps & accessories ($100); For personal use only: computer ($100), printer ($50), desk/office furniture ($200), tools ($100), yard tools/equipment ($50).**<br>**Location: 901 Devonshire Circle, Purcellville VA 20132** | J | 4,425.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Household paintings**<br>**Location: 901 Devonshire Circle, Purcellville VA 20132** | J | 200.00 |
| | | | **Collectible items**<br>**Location: 901 Devonshire Circle, Purcellville VA 20132** | J | 200.00 |
| 6. | Wearing apparel. | | **Wearing apparel & personal effects for 2 adults & 1 teenager**<br>**Location: 901 Devonshire Circle, Purcellville VA 20132** | J | 200.00 |

Sub-Total >        **10,125.00**
(Total of this page)

**3** continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Nicholas Andrew Psaltos,**
**Leigh Ellen Calmar Psaltos** _____,
Debtors

Case No. **12-12372**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **Wedding rings ($300), jewerly/watches ($100)** **Location: 901 Devonshire Circle, Purcellville VA 20132** | **J** | **400.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Personal camera** **Location: 901 Devonshire Circle, Purcellville VA 20132** | **J** | **100.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance account #xxx0139, beneficiary husband, $250,000 payable upon death** **MetLife/Travelers Life** | **W** | **0.00** |
| | | **Term life insurance account #xxx0138, beneficiary wife, $750,00 payable upon death** **MetLife/Travelers Life** | **J** | **0.00** |
| | | **Whole life insurance account #xxxx6129, beneficiary wife, $5,000,00 plan benefit** **New York Life** | **H** | **5,000.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA Retirement account # xxx-xx2015** **Fidelity Investments, 200 Liberty Strret, 5th Floor, New York, NY 10281** | **W** | **1,056.00** |
| | | **IRA Retirement account # xxx-xx5433** **Fidelity Investments, 200 Liberty Strret, 5th Floor, New York, NY 10281** | **H** | **1,541.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total > **8,097.00**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Nicholas Andrew Psaltos,**
**Leigh Ellen Calmar Psaltos** ,
Debtors

Case No. **12-12372**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Chrylser PT Cruiser Touring Convertible, good condition, 33,000 miles, VIN 3C3HY55X66T364146, KBB $12,365.00**<br>**Location: 901 Devonshire Circle, Purcellville VA 20132** | J | **8,025.00** |
| | | | Sub-Total > (Total of this page) | **8,025.00** |

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Nicholas Andrew Psaltos,**
**Leigh Ellen Calmar Psaltos**,
Debtors

Case No. **12-12372**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2000 Infiniti G20 101k miles** | **J** | **3,370.00** |
| | | **2000 Jeep Grand Cherokee Quadra Dr 141k - poor condition, needs repairs** | **J** | **2,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Golden Retriever** | **J** | **Unknown** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > **5,370.00**
(Total of this page)

Total > **31,617.00**

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re **Nicholas Andrew Psaltos,**
**Leigh Ellen Calmar Psaltos**
_____,
Debtors

Case No. **12-12372**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash<br>Location: 901 Devonshire Circle, Purcellville VA 20132 | Va. Code Ann. § 34-4 | 0.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account #xxxxxx4788<br>Citbank, F.S.B. | Va. Code Ann. § 34-4 | 4,900.00 | 5,000.00 |
| **Household Goods and Furnishings** | | | |
| Stove ($300), refrigerator ($300), washer/dryer ($500), miocrowave ($50), cooking utensils ($100), silverware/flatware ($200), pots & pans ($50), living room furniture ($500), dining room furniture ($500), tables & chairs ($100), televisions ($600), DVDs ($25), CDs ($100), stereo equipment ($50), bedroom furniture ($350), dressors/nightstands ($100) lamps & accessories ($100); For personal use only: computer ($100), printer ($50), desk/office furniture ($200), tools ($100), yard tools/equipment ($50).<br>Location: 901 Devonshire Circle, Purcellville VA 20132 | Va. Code Ann. § 34-26(4a) | 4,425.00 | 4,425.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Household paintings<br>Location: 901 Devonshire Circle, Purcellville VA 20132 | Va. Code Ann. § 34-26(4a) | 200.00 | 200.00 |
| Collectible items<br>Location: 901 Devonshire Circle, Purcellville VA 20132 | Va. Code Ann. § 34-26(4a) | 200.00 | 200.00 |
| **Wearing Apparel** | | | |
| Wearing apparel & personal effects for 2 adults & 1 teenager<br>Location: 901 Devonshire Circle, Purcellville VA 20132 | Va. Code Ann. § 34-26(4) | 200.00 | 200.00 |
| **Furs and Jewelry** | | | |
| Wedding rings ($300), jewerly/watches ($100)<br>Location: 901 Devonshire Circle, Purcellville VA 20132 | Va. Code Ann. § 34-26(1a) | 400.00 | 400.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Personal camera<br>Location: 901 Devonshire Circle, Purcellville VA 20132 | Va. Code Ann. § 34-4 | 100.00 | 100.00 |

___**1**___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **Nicholas Andrew Psaltos,**
**Leigh Ellen Calmar Psaltos**
,
Debtors

Case No. **12-12372**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in Insurance Policies** | | | |
| Whole life insurance account #xxxx6129, beneficiary wife, $5,000,00 plan benefit New York Life | Va. Code Ann. § 34-4 | 5,000.00 | 5,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| IRA Retirement account # xxx-xx2015 Fidelity Investments, 200 Liberty Strret, 5th Floor, New York, NY 10281 | Va. Code Ann. § 34-34 | 1,056.00 | 1,056.00 |
| IRA Retirement account # xxx-xx5433 Fidelity Investments, 200 Liberty Strret, 5th Floor, New York, NY 10281 | Va. Code Ann. § 34-34 | 1,541.00 | 1,541.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2006 Chrylser PT Cruiser Touring Convertible, good condition, 33,000 miles, VIN 3C3HY55X66T364146, KBB $12,365.00 Location: 901 Devonshire Circle, Purcellville VA 20132 | Va. Code Ann. § 34-26(8) | 6,919.59 | 8,025.00 |
| 2000 Infiniti G20 101k miles | Va. Code Ann. § 34-26(8) | 3,370.00 | 3,370.00 |
| 2000 Jeep Grand Cherokee Quadra Dr 141k - poor condition, needs repairs | Va. Code Ann. § 34-26(8) | 1,710.41 | 2,000.00 |
| | Total: | 30,022.00 | 31,617.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Nicholas Andrew Psaltos**
**Leigh Ellen Calmar Psaltos**

Debtor(s)

Case No. **12-12372**

Chapter **13**

# AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date **December 11, 2013**      Signature  **/s/ Nicholas Andrew Psaltos**
                                            **Nicholas Andrew Psaltos**
                                            Debtor

Date **December 11, 2013**      Signature  **/s/ Leigh Ellen Calmar Psaltos**
                                            **Leigh Ellen Calmar Psaltos**
                                            Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571